ACCEPTED
14-14-01007CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
1/13/2015 10:09:51 AM
CHRISTOPHER PRINI
CLERK

CAUSE NO. CV28146

| | | |
|---|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2 | § § § | IN THE DISTTRICT COURT |
| VS. | § § § | 344TH JUDICIAL DISTRICT |
| THOMAS BEETS AND LESLIE BEETS | § | CHAMBERS COUNTY, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/13/2015 10:09:51 AM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANTS' NOTICE OF APPEAL

COMES NOW DEFENDANTS, THOMAS BEETS AND LESLIE BEETS, and files this Notice of Appeal in the above-captioned case and, in support thereof, would respectfully show this Court:

### B. Facts

1. Plaintiff, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, sued Defendants, THOMAS AND LESLIE BEETS, for breach of contract on an alleged debt, on August 13, 2013. Plaintiff's Petition contained Requests for Disclosure and Admissions.

2. Defendants answered on September 24, 2013, asserting a general denial, numerous affirmative defenses, a Counterclaim and a Request for Disclosure.

3. Plaintiff filed its Responses to Defendants' Request for Disclosure on September 27, 2013.

4. Defendants filed their Responses to Plaintiffs Requests for Disclosure, Admissions and Interrogatories on October 25, 2013.

5. Plaintiffs filed Notice of Business Records on April 29, 2014.

6. Plaintiffs filed Motion for Summary Judgment on June 3, 2014.

7. Defendants filed Responses and Objections to Plaintiff's Motion for Summary Judgment on June 27, 2014.

8. Plaintiffs filed their Plaintiff's Reply to Defendants Responses and Objections to Plaintiff's Motion for Summary Judgment on July 14, 2014.

9. After a trial to the court, the court signed a judgment for the Plaintiff on September 26, 2014 for $ 14,493.81, (herein attached as Defense Exhibit A).

10. Defendant's filed a Motion for New Trial on October 24th 2014, which was set for hearing on November 25th 2014. Defendant's failed to Notice the Plaintiff's and they did not appear. Judge Randy McDonald indicated that he would not rule on this Motion for New Trial, would not set a new date for this motion, and would allow it to be overruled by Operation of Law upon the 76th day from the Judgment.

11. Defendant's filed a Motion to Recuse Judge Randy McDonald on November 26th 2014, Judge McDonald recused himself on December 2, 2014 and the case was transferred to the 253rd Chambers

1

County, (notice herein attached as Defense Exhibit B) Judge Chap Cain III presiding, on December 2, 2014, along with the following cases: NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3 vs. LESLIE BEETS AND THOMES BEETS, Cause no. CV28336,

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4 vs. LESLIE BEETS AND THOMES BEETS, Cause no. CV28337,

NATIONAL COLLEGIATE STUDENT LOAN TRUST vs. LESLIE BEETS AND THOMES BEETS, Cause no. CV27877.

12. On December 10, 2014 the hearing for Defendant's Motion for New Trial was considered by the Court 253rd Court. Judge Chap Cain III, indicated that he would not rule on this Motion for New Trial, would not set a new date for this motion, and would allow it to be overruled by Operation of Law upon the 76th day from the Judgment. He requested that the Parties negotiate a settlement and file a Motion for Continuance until the following day at 4:00 pm.

12. A motion for a one day Continuance was filed on December 10, 2014until 4:00 pm.

13. The Parties attempted to negotiate but were unable to reach a settlement on December 11th 2014.

14. On December 11, 2014 the Defendant's Motion for New Trial was overruled by Operation of Law upon the 76th day from the Judgment.

15. DEFENDANTS, THOMAS BEETS AND LESLIE BEETS, file this Notice of Appeal on December 22, 2014.

### D. Notice to Other Parties

16. A copy of this motion is served on the other parties on the same day this motion is filed.

### F. Prayer

17. For these reasons, Defendants file this Notice of Appeal and requests the Court Clerk to prepare the Appellate record including the Court's docket sheet, all pleadings, the transcripts, the Court's Judgment and Notice of Appeal, and asks that this case be transferred to the appropriate Appellate Court for a hearing on the motion.

Respectfully submitted,

Robert B. Hinsley
Texas Bar No. 09706000
6001 Savoy Dr, Suite 115
Houston, Texas 77036
713-465-3304 - Telephone
713-465-9997 - Telecopier
**Attorney for Defendant**

2

## CERTIFICATE OF SERVICE

I certify that a copy of Defendant's DEFENDANTS' NOTICE OF APPEAL was served on Plaintiff's attorney of record, Scott, Parnell & Associates, PC, 1120 Metrocrest Dr., Suite 100, Carrollton, TX 75006, Chan Tysor, ChanT@scott-pc.com, info@scott-pc.com, by (X) email ( ) personal delivery or ( ) certified mail, return receipt requested, ( ) by regular mail, or (X) fax to fax number: (214) 234-8454 on Monday, December 22, 2014, before 5:00pm cst.

Robert B. Hinsley

# DEFENSE EXHIBIT

# A

## CAUSE NO. CV28146

| | | |
|---|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2 | § § § | IN THE DISTRICT COURT |
| VS. | § § | 344TH JUDICIAL DISTRICT |
| THOMAS BEETS and LESLIE BEETS | § § | CHAMBERS COUNTY, TEXAS |

## ORDER GRANTING PLAINTIFF'S FINAL SUMMARY JUDGMENT

Came on to be heard, Plaintiff, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, Motion for Summary Judgment and Motion for Summary Judgment as to Defendants' Counterclaim. Having considered the evidence, pleadings and arguments of counsel, the Court is of the opinion that Plaintiff's Motion is meritorious. It is therefore

**ORDERED ADJUDGED AND DECREED** that Plaintiff, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, recover judgment on its claims against Defendants, THOMAS BEETS and LESLIE BEETS, as follows:

| | |
|---|---|
| Principal amount awarded: | $12,796.06 |
| Additional fees awarded if Defendants unsuccessfully appeal: | $3,200.00 |
| Additional fees awarded if a Petition for Review is filed with the Texas Supreme Court: | $3,200.00 |
| Post-Judgment Interest: | 5% on principal amount awarded |

It is further **ORDERED ADJUDGED AND DECREED** that Defendants, THOMAS BEETS and LESLIE BEETS, take nothing by their Counterclaim.

Execution shall issue for this judgment. All relief not expressly granted herein is denied. This judgment disposes of all claims and parties and is appealable.

SIGNED this 26 day of September 2014.

_____
HON. JUDGE PRESIDING

15

FILED
THIS THE 26th DAY OF Sept.
A.D. 20 14 AT 4:25 O'CLOCK P M
PATTI L. HENRY
DISTRICT CLERK, CHAMBERS COUNTY, TEXAS
BY _____ DEPUTY

APPROVED AS TO FORM & ENTRY REQUESTED:

REGENT & ASSOCIATES

By: _____

Anh H. Regent      TBN: 24004882
J. David Roberson     TBN: 24076652
Gregory J. Guarino, Jr. TBN: 24073610
2650 Fountain View Drive, Suite 233
Houston, Texas 77057
(713) 490-7076 Telephone
(713) 490-7075 Facsimile

ATTORNEYS FOR PLAINTIFF

16

# DEFENSE EXHIBIT

# B

# THE STATE OF TEXAS

## SECOND ADMINISTRATIVE JUDICIAL REGION

## ORDER OF ASSIGNMENT BY THE PRESIDING JUDGE

Pursuant to Section 74.056, Texas Government Code, I hereby assign the Honorable **Chap Cain, III**, Active Judge, 253rd Judicial District Court, to the **344th Judicial District Court** of **Chambers** County, Texas.

This assignment begins the 2nd day of December, 2014 and is for the primary purpose of hearing cases and disposing of any accumulated business requested by the court.

This assignment shall continue as may be necessary for the assigned Judge to dispose of any accumulated business and to complete trial of any case or cases begun during this assignment, and to pass on motions for new trial and all other matters growing out of accumulated business or cases heard before the Judge herein assigned, or until terminated by the Presiding Judge.

It is ordered that the Clerk of the Court to which this assignment is made, if it is reasonable and practicable, and if time permits, give notice of this assignment to each attorney representing a party to a case that is to be heard in whole or in part by the assigned Judge.

It is further ordered that the Clerk, upon receipt hereof, shall post a copy of this order in a prominent place in the public area of the Clerk's office. This posting shall constitute "Notice of Assignment" as required by Section 74.053, Texas Government Code.

Ordered this 2nd of December, 2014.

Olen Underwood, Presiding Judge
Second Administrative Judicial Region

Attest:

Rebecca Brite
Administrative Assistant

Assignment # 26363



# Second Administrative Judicial Region of Texas

## Olen Underwood
### Presiding Judge

*Melanie Sipes*
*Administrative Assistant*

*Rebecca Brite*
*Administrative Assistant*

December 2, 2014

Robert Hinsley
VIA FACSIMILE
Fax : 713-465-9997

Ann Regent
VIA FACSIMILE
Fax: 713-490-7075

*NOTICE OF ASSIGNMENT*

The Honorable Chap Cain, III, Active Judge, 253rd Judicial District Court, has been assigned to Cause No. CV27877; CV28146; CV28336; CV28337; National Collegiate Loan 2005-1, 2, &3 v Thomas and Leslie Beets; National Collegiate Loan 2006-4 v Thomas and Leslie Beets; 344th Judicial District Court of Chambers County, Texas.

*Enclosure*